JOSEPH E. HOREY, ESQ.
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Marianas Business Plaza
(formerly Nauru Building)
Susupe, Saipan, CNMI
PO Box 501969, Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| THI THANH HANG CAO PETER and, MOHAMMED SHAJAHAN ALI, | CIVIL ACTION NO.  CV 07-0018 |
| Plaintiffs, | |
| vs. | PROOF OF SERVICE |
| MATTHEW T. GREGORY, individually and in his capacity as Attorney General of the CNMI, and MELVIN GREY, individually and in his capacity as Director of Immigration for the CNMI, | |
| Defendants. | |

The undersigned does hereby certify that a copy of the Summons and Complaint was served as follows:

By Certified Mail, return receipt requested on June 4, 2007 upon:

Matthew T. Gregory
Office of the Attorney General
Caller Box 10007, Capitol Hill
Saipan, MP 96950

Melvin Grey
Director of Immigration
P.O. Box 10007
Saipan, MP 96950

Dated this 5ᵀᴴ day of June, 2007

_Melissa Camacho_

3359-01-PoS-070605-mbc.doc



