# United States District Court

**DISTRICT OF NORTHERN MARIANA ISLANDS**

ORIGINAL

THI THANH HANG CAO PETER and
MOHAMMED SHAJAHAN ALI,
               **V.**
MATTHEW T. GREGORY, individually and
in his capacity as Attorney General of the
CNMI, and MELVIN GREY, individually and in
his capacity as Director of Immigration
for the CNMI.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07 0018

TO: (Name and address of defendant)

Melvin Grey
Director of Immigration
P.O. Box 10007
Afetnas Square Building, SAn Antonio
Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH E. HOREY, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

_(signature)_
(BY) DEPUTY CLERK

MAY 2 4 2007
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 4, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Melissa B. Camacho | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Bernie Dela Cruz, an adult employee at the Office of the Attorney General, Civil Division, Capital Hill, Saipan

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 5, 2007
              Date

Signature of Server

P.O. Box 501969, Saipan, MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.