**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**

**Attorneys for Plaintiffs**

### IN THE DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| MOHAMMED SHAJAHAN ALI, | ) | Civ. No. 07-0018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| vs. | ) | |
| | ) | |
| MATTHEW T. GREGORY, individually and | ) | |
| in his capacity as Attorney General of the | ) | |
| Commonwealth of the Northern Mariana | ) | |
| Islands, and MELVIN GREY, individually | ) | |
| and in his capacity as Director of Immigration | ) | |
| for the Commonwealth of the Northern | ) | |
| Mariana Islands, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned does hereby certify that a copy of the First Amended Complaint was served as

follows:

By personal delivery on June 13, 2007 upon:

Heather Barcinas
for Kevin Lynch
Office of the Attorney General
Susupe, Saipan

Dated this _18th_ of June, 2007.

Melissa Camacho

K:\Jed Horey\3359-070618-PL-ProofService.doc