1   **O'CONNOR BERMAN DOTTS & BANES**
    **Second Floor, Nauru Building**
2   **1 Nauru Loop**
    **Susupe, Saipan, CNMI**
3   **Mail: PO Box 50-1969 Saipan MP 96950**
    **Phone: 234-5684**
4   **Fax: 234-5683**

5   **Attorneys for Plaintiffs**

6                              **IN THE DISTRICT COURT**
                        **FOR THE NORTHERN MARIANA ISLANDS**
7

8   **MOHAMMED SHAJAHAN ALI,**              )      **Civ. No. 07-0018**
                                            )
           **Plaintiff,**                   )
9                                           )
                                            )
10          **vs.**                         )      **NOTICE OF HEARING**
                                            )
11  **MATTHEW T. GREGORY, individually and**)
    **in his capacity as Attorney General of the**  )
    **Commonwealth of the Northern Mariana** )      **Date: August 30, 2007**
12  **Islands, and MELVIN GREY, individually** )    **Time: 9:00 am**
    **and in his capacity as Director of Immigration** )
13  **for the Commonwealth of the Northern** )
    **Mariana Islands,**                    )
14                                          )
           **Defendant,**                   )
15  _____)

16

17  **TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

18

19          **YOU WILL PLEASE TAKE NOTICE** that on the date and at the time entered above, at

20  the District Court, located in the Horiguchi Building in Garapan, Saipan, CNMI, Plaintiff's Motion

    For Summary Judgment, or In the Alternative For a Preliminary Injunction, will come before the
21
    Court for hearing.
22

23
    Dated: July 6, 2007.
24
                                            O'CONNOR BERMAN DOTTS & BANES
25                                          Attorneys for Plaintiff

26

27                                          By:_____/s/_____
                                                      Joseph E. Horey
28  *3359-01-070706-PL-M summary judgment-N.wpd*