1  O'CONNOR BERMAN DOTTS & BANES
   Second Floor, Nauru Building
2  1 Nauru Loop
   Susupe, Saipan, CNMI
3  Mail: PO Box 50-1969 Saipan MP 96950
   Phone: 234-5684
4  Fax: 234-5683

5  Attorneys for Appellant

6  COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
   OFFICE OF THE ATTORNEY GENERAL
7  DIVISION OF IMMIGRATION

8  In the Matter of:                    )
                                        )   Case No. 07-005 I
9  MD. SHAJAHAN ALI,                    )
                                        )
10             Appellant,               )
                                        )   STIPULATION
11     vs.                              )   TO CONTINUE HEARING
                                        )   AND ORDER
12 DIVISION OF IMMIGRATION,             )
                                        )
13             Respondent.              )
                                        )
14 ─────────────────────────────────

15                        STIPULATION

16     Due to the unavailability of Appellant's counsel on the date originally scheduled for the

17 hearing of this matter, the parties hereby stipulate and agree to continue the hearing until August 16,

18 2007, or such later date as may be convenient to the Hearing Office.

19

20 So stipulated this 13th day of June, 2007.

21

22 O'CONNOR BERMAN DOTTS & BANES          OFFICE OF THE ATTORNEY GENERAL
   Attorneys for Appellant                Attorneys for Respondent
23

24

25 by: _____            by: _____
       Joseph E. Horey                        Kevin A. Lynch
26

27

28

## ORDER

Upon stipulation of the parties, it is hereby ordered that the hearing of this matter is continued to the following date and time: _August 22, 2007 @ 11am_

_____
BARRY HIRSHBEIN
Hearing Officer