**O'CONNOR BERMAN DOTTS & BANES**
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

**Attorneys for Plaintiffs**

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOHAMMED SHAJAHAN ALI,** ) | Civ. No. 07-0018 |
| ) | |
| Plaintiff, ) | |
| ) | **PROOF OF SERVICE** |
| vs. ) | |
| ) | |
| **MATTHEW T. GREGORY,** individually and ) | |
| in his capacity as Attorney General of the ) | |
| Commonwealth of the Northern Mariana ) | |
| Islands, and **MELVIN GREY**, individually ) | |
| and in his capacity as Director of Immigration ) | |
| for the Commonwealth of the Northern ) | |
| Mariana Islands, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

The undersigned does hereby certify that a copy of the MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION, and NOTICE OF HEARING, was served as follows:

By personal delivery on July 9, 2007 upon:

Elizabeth Blas
for Kevin Lynch
Office of the Attorney General
Susupe, Saipan

Dated this 10th of July, 2007.

*Melissa Camacho* (signature)
Melissa Camacho

K:\Jed Horey\3300\3359-070709-PL-ProofService.doc