# DECLARATION OF MD. TARIQUL ISLAM

I, Md. Tariqul Islam, declare as follows:

1. I am a citizen of Bangladesh residing in the CNMI. My immigration status is immediate relative of a non-alien. My wife is Lucia Tudela Islam, a citizen of the United States also residing in the CNMI. We lived together for about two years after our marriage, but we are not currently living together.

2. In March 2007, I applied for the renewal of my IR permit. The application has not yet been granted or denied.

3. One day during the last week of April 2007, my wife advised me that two CNMI Immigration officers had come to her house at 4:00 in the morning the previous night, and had asked her: "Where is Mr. Islam?" She told them that I was working, which I was. They said: "We have information that you are not staying together. You had better file for divorce or you will be in trouble," or words to that effect. My wife was still frightened and upset when she told me about this incident, and said to me that maybe we should get a divorce, because she did not want to go to jail..

I declare upon penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that if called upon to testify I could and would testify competently and in accordance herewith.

Executed at Saipan, CNMI, this first day of August, 2007.

_MD. TARIQUL ISLAM_
MD. TARIQUL ISLAM