# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-07-00018                                                August 30, 2007
                                                           9:00 a.m.

### MOHAMMED SHAJAHAN ALI -vs- MATTHEW T. GREGORY, et al

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Courtroom Deputy
               Gregory Baka, Attorney for Defendants
               Kevin Lynch, Attorney for Defendants
               Joseph Horey, Attorney for Plaintiff

PROCEEDINGS:   MOTION for SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION; MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

   Plaintiff was represented in court by Attorney Joseph Horey.  Defendants counsel Attorneys Gregory Baka and Kevin Lynch were present.

   Attorney Horey argued the motion.  Attorney Baka argued on behalf of the Defndants.

   Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

   Pursuant to the stipulation of both parties, the matter will be taken off calendar until further order of the Court.

                                              Adjourned 10:05 a.m.


                                              */s/* K. Lynn Lemieux, Courtroom Deputy